UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TERRY HONG-YIN CHAN and            Case No.:  6:18-bk-03297-KSJ
JACQUELYN ANGIULLI CHAN,

      Debtors.                      Chapter 7
_____/

JIAXI HU, MENGFANG LI, XIAOYAN
WU, WEI REN, RUIMIN CHEN, JIANLI
DU, JIMEI ZHANG, ZHENPING HAO, JIE
CUI and GUIYING WANG,

      Plaintiffs.

v.                                  Adv. Proc. No. 6:18-ap-00097-KSJ

TERRY HONG-YIN CHAN and
JACQUELYN ANGIULLI CHAN,

      Defendants.
_____/

**PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE RESPONSE TO AMENDED MOTION TO DISMISS**

    Plaintiffs, Jiaxi Hu, Mengfang Li, Xiaoyan Wu, Wei Ren, Ruimin Chen, Jianli Du, Jimei Zhang and Zhenping Hao, Jie Cui, and Guiying Wang ("Plaintiffs"), pursuant to Federal Rule of Bankruptcy Procedure 9006 and Local Rule 2002-4, respectfully request that the Court extend the deadline for responding to an amended motion to dismiss filed by Defendants, Terry Hong-Yin Chan and Jacquelyn Angiulli Chan ("Defendants").  In support of this request Plaintiffs state:

    1.    On September 7, 2018 Plaintiffs filed a § 523 complaint against Defendants, thereby initiating this adversary proceeding.  ECF No. 1.

{2247/000/00427301}

2.	On November 15, 2018 Defendants filed a motion to dismiss the complaint. ECF No. 10. On November 16, 2018 Defendants filed an amended motion to dismiss the complaint (the "Amended Motion to Dismiss"). ECF No. 12.

3.	Pursuant to Local Rule 2002-4, the deadline to respond to the Amended Motion to Dismiss was November 30, 2018. On November 29, 2018, Plaintiffs filed an unopposed motion to extend the deadline to December 21, 2018, and submitted an order granting such motion. ECF No. 15.

4.	Counsel for Plaintiffs is preparing for trial in a separate case that is scheduled for January 2019. Due to the trial and scheduling issues around the December holidays, counsel for Plaintiffs respectfully requests a second extension to respond to the Amended Motion to Dismiss, through and including Friday December 28, 2018.

5.	As such, Plaintiffs respectfully request that the Court extend the deadline to respond to the Amended Motion to Dismiss by one week, through December 28, 2018.

6.	Plaintiffs' counsel has conferred with Defendants' counsel, and Defendants' counsel has agreed to the request sought herein.

7.	Plaintiffs will upload an order granting the relief requested herein.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, Plaintiffs request entry of an order extending the deadline to respond to the Amended Motion to Dismiss through and including December 28, 2018, granting such other relief the Court deems appropriate.

Dated December 21, 2018

                                       **SHRAIBERG, LANDAU & PAGE, P.A.**
                                       Attorneys for Plaintiffs
                                       2385 NW Executive Center Drive, Suite 300
                                       Boca Raton, Florida 33431
                                       Telephone: 561-443-0800
                                       Facsimile: 561-998-0047
                                       Email:  plandau@slp.law
                                       Email:  pdorsey@slp.law

                                       By:   */s/ Philip J. Landau*
                                               Philip J. Landau, Esq.
                                               Fla. Bar. No. 0504017

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Notice of Electronic Filing to all parties registered to receive such noticing in this case and by First Class U.S. Mail and e-mail to the parties listed below on December 21, 2018.

John J Bennett
Nardella & Nardella, PLLC
250 East Colonial Drive
Orlando, FL 32801
Email: jbennett@nardellalaw.com

Michael A Nardella
Nardella & Nardella, PLLC
250 East Colonial Drive, Ste 102
Orlando, FL 32801
Email: mnardella@nardellalaw.com

                                       By:   */s/ Philip J. Landau*
                                             Philip J. Landau, Esq.