ORDERED.

**Dated: December 26, 2018**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| TERRY HONG-YIN CHAN and JACQUELYN ANGIULLI CHAN, | Case No.:  6:18-bk-03297-KSJ |
| Debtors. | Chapter 7 |
| JIAXI HU, MENGFANG LI, XIAOYAN WU, WEI REN, RUIMIN CHEN, JIANLI DU, JIMEI ZHANG, ZHENPING HAO, JIE CUI and GUIYING WANG, | |
| Plaintiffs. | |
| v. | Adv. Proc. No. 6:18-ap-00097-KSJ |
| TERRY HONG-YIN CHAN and JACQUELYN ANGIULLI CHAN, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED
MOTION TO EXTEND DEADLINE TO FILE RESPONSE
<u>TO AMENDED MOTION TO DISMISS</u>**

{2247/000/00427303}

THIS MATTER came before the Court for consideration on *Plaintiffs' Second Unopposed Motion to Extend Deadline to File Response to Amended Motion to Dismiss* (the "Motion"; Doc. No. 20). After considering the Motion and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The deadline for Plaintiffs to file a response to *Defendants' Amended Motion to Dismiss and Supporting Memorandum of Law* (Doc. No. 12) is **EXTENDED** through and including January 11, 2019.

### 

Submitted by:

Philip J. Landau
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  plandau@slp.law

*Attorney Philip J. Landau is directed to serve a copy of this order on interested parties and to file a proof of service within three days of entry of this order.*